COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-08-292-CV

 

IN RE BLAKE MIRAGLIA                                                         RELATORS

AND GARY VANIER                                                                             

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relators=
petition for writ of mandamus and is of the opinion that relief should be
denied.  Accordingly, relators=
petition for writ of mandamus is denied. 
The court vacates its July 11, 2008 order staying the trial court=s June
2, 2008 order regarding documents tendered in camera in cause number
048-227636-07.  Having vacated our July
11, 2008 order, relators= July 22, 2008 AMotion
For Clarification Of The Court Of Appeals' Order Granting Temporary Relief
And/Or Motion For Further Temporary Relief@ is
denied as moot.

 

 








Relators
shall pay all costs of this original proceeding, for which let execution issue.

 

PER CURIAM

 

 

PANEL 
A:  HOLMAN and GARDNER, JJ. 

 

DELIVERED: 
July 23, 2008  











    [1]See
Tex. R. App. P. 47.4.